# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KIMBERLY SUZANNE WRIGHT,     *
                                        *
                 Plaintiff,     *
vs.                                        *
                                        *    No. 5:11CV00322-JJV
CAROLYN W. COLVIN, Acting     *
Commissioner, Social Security     *
Administration,     *
                                        *
                 Defendant.

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE